JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
NICHOLAS D. POPER (SBN 293900)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: austinn@jacksonlewis.com
      nicholas.poper@jacksonlewis.com

Attorneys for Defendant
CARECORE NATIONAL, LLC
dba eviCore healthcare

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEANNE NATHAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CARECORE NATIONAL, LLC dba eviCore Healthcare, a Corporation and DOES 1 through 20, inclusive,<br><br>        Defendants. | CASE NO. _____<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CARECORE NATIONAL, LLC** |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CARECORE NATIONAL, LLC hereby discloses the following information:

   CARECORE NATIONAL, LLC is a wholly owned subsidiary of CareCore National Intermediate Holdings, LLC. No publicly-held corporation owns 10% or more of CARECORE NATIONAL, LLC.

Dated: December 16, 2016          JACKSON LEWIS P.C.


                                  By: /s/ Nathan W. Austin
                                      NATHAN W. AUSTIN
                                      NICHOLAS D. POPER
                                  Attorneys for Defendant
                                  CARECORE NATIONAL, LLC
                                  dba eviCore healthcare

1

## PROOF OF SERVICE

I am employed in the County of Sacramento, State of California. I am over the age of 18 years and not a party to the within action; my business address is Jackson Lewis P.C., 400 Capitol Mall, Suite 1600, Sacramento, California 95814.

On December 16, 2016, I served the within:

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CARECORE NATIONAL, LLC**

on the parties in said action, through their attorneys of record as listed below, as follows:

☐ **PERSONAL SERVICE** - by personally delivering a true and correct copy thereof to the person at the address set forth below, in accordance with Code of Civil Procedure section 1011(a).

☒ **MAIL** - by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for deposit in the United States Post Office mail box, at my business address shown above, following Jackson Lewis P.C.'s ordinary business practices for the collection and processing of mail, of which I am readily familiar, and addressed as set forth below. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

☐ **OVERNIGHT DELIVERY** - by depositing a true and correct copy thereof enclosed in a sealed envelope with delivery fees thereon fully prepaid in a box or other facility regularly maintained by Norco Delivery Services or delivering to an authorized courier or driver authorized by Norco Delivery Services to receive documents, addressed as set forth below.

☐ **FACSIMILE TRANSMISSION** - by transmitting a true and correct copy by facsimile from facsimile number (916) 341-0141 to the person(s) at the facsimile number(s) set forth below, which transmission was confirmed as complete. A copy of the transmission record is attached hereto.

☐ **ELECTRONIC MAIL** - by forwarding a true and correct copy thereof by e-mail from e-mail address _____ to the person(s) at the e-mail address(es) set forth below.

Brian Crone, Esq.
THE LAW OFFICE OF BRIAN CRONE
1104 Corporate Way, Suite 228
Sacramento, CA 95831

**ATTORNEYS FOR PLAINTIFF JEANNE NATHAN:**

Telephone: 916.395.4464
Facsimile: 916.395.4465
Email: briancrone@cronelawoffice.com\

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 16th day of December, 2016 at Sacramento, California.

*Gail Kristine Baum*

---

Proof of Service

*Jeanne Nathan v. CareCore National, LLC, et al.*
Case No. ___