1  BRIAN CRONE (SBN 191731)
   THE LAW OFFICE OF BRIAN CRONE
2  1104 Corporate Way, Suite 228
   Sacramento, CA  95831
3  Telephone:   916.395.4464
   Facsimile:   916.395.4465
4  Email: briancrone@cronelawoffice.com

5  Attorney for Plaintiff
   JEANNE NATHAN

6  JACKSON LEWIS P.C.
7  NATHAN W. AUSTIN (SBN 219672)
   NICHOLAS D. POPER (SBN 293900)
8  400 Capitol Mall, Suite 1600
   Sacramento, California 95814
9  Telephone:  (916) 341-0404
   Facsimile:  (916) 341-0141
10 Email: austinn@jacksonlewis.com
          nicholas.poper@jacksonlewis.com

11 Attorneys for Defendant
   CARECORE NATIONAL, LLC
12 dba eviCore healthcare

13

14                   UNITED STATES DISTRICT COURT

15                 EASTERN DISTRICT OF CALIFORNIA

16 JEANNE NATHAN,                    | CASE NO.  2:16-cv-02941-JAM-CKD

17         Plaintiff,                | **STIPULATION AND ORDER TO
                                     | REMAND**
18     v.

19 CARECORE NATIONAL, LLC dba eviCore
   Healthcare, a Corporation and DOES 1 through
20 20, inclusive,

21         Defendants.

22

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                              1

Plaintiff JEANNE NATHAN and Defendant CARECORE NATIONAL, LLC dba eviCore healthcare, (collectively, the "Parties") by and through their respective attorneys of record, hereby stipulate as follows:

The Parties agree and hereby stipulate that this civil action should be remanded to the Superior Court of the State of California for the County of Sacramento. The Parties shall bear their own costs and attorneys' fees regarding the removal and remand.

Respectfully submitted,

Dated: January 12, 2017          THE LAW OFFICE OF BRIAN CRONE


By: */s/ Brian Crone* (as authorized on 01.12.17)
     BRIAN CRONE

Attorneys for Plaintiff
JEANNE NATHAN


Dated: January 12, 2017          JACKSON LEWIS P.C.


By: */s/ Nathan W. Austin*
     NATHAN W. AUSTIN
     NICHOLAS D. POPER

Attorneys for Defendant
CARECORE NATIONAL, LLC
dba eviCore healthcare


## **ORDER**

Pursuant to the stipulation of the Parties, the Court hereby remands this case to the Superior Court of the State of California for the County of Sacramento. The Parties shall bear their own costs and attorneys' fees regarding the removal and remand.

**IT IS SO ORDERED.**

Dated: 1/12/2017          /s/ John A. Mendez

John A. Mendez, U.S. District Court Judge

STIPULATION AND [PROPOSED] ORDER TO REMAND

*Jeanne Nathan v. CareCare International, LLC, et al.*
Case No.  2:16-cv-02941-JAM-CKD